Adv. Case No. 16-04019-drd

## CERTIFICATE OF SERVICE

I, Erlene W. Krigel, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint and a copy of the pretrial order and notice of trial was made February 18, 2016 by:

■   Mail Service: Regular, first class united states mail, postage full pre-paid, addressed to:

| | |
|---|---|
| Joseph A. McCray | Laurie McCray |
| 12000 High Drive | 12000 High Drive |
| Leawood, KS 66209 | Leawood, KS 66209 |
| Debtor/Defendant | Defendant |
| | |
| Casey E. Elliott | Steven R. Berry |
| Van Matre, Harrison, Hollis, | Van Matre, Harrison, Hollis, |
| Taylor & Elliot, PC | Taylor & Elliot, PC |
| 1103 East Broadway | 1103 East Broadway |
| PO Box 1017 | PO Box 1017 |
| Columbia, MO 65201 | Columbia, MO 65201 |
| Attorney for Debtor | Attorney for Debtor |

Under penalty of perjury, I declare that the foregoing is true and correct.

2/18/2016                                              /s/ Erlene W. Krigel
Date                                                       Signature

> Erlene W. Krigel, Esq.
> Krigel & Krigel, P.C.
> 4520 Main St., Ste. 700
> Kansas City, MO 64111