7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Joseph A. McCray
**Debtor**

*Bankruptcy Case No.*
15–41446–abf7

**Erlene W Krigel**
   Plaintiff(s)

*Adversary Case No.*
16–04019–abf

v.

**Joseph A. McCray**
**Laurie McCray**
**Erlene W Krigel**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: In Accordance with the Agreed Order(Doc.#29), Judgment is entered in favor of the Plaintiff–Trustee authorizing the Plaintiff–Trustee to sell the McCray Membership in accordance with 11 U.S.C. Section 363(h). IT IS FURTHER ORDERED that Plaintiff–Trustee's prayer for attorneys' fees and costs from the Defendants is DENIED AS MOOT. IT IS FURTHER ORDERED that Defendants' Motion for Judgment on the Pleadings(Doc. #21) is DENIED AS MOOT.



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 8/4/16

Court to serve